IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |

THIS DOCUMENT RELATES TO:

VEGA, GUADALUPE,

        Plaintiffs,

v.                                      Case No.: 15-cv-10599

BOSTON SCIENTIFIC CORPORATION,
        Defendant.

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORP. WITHOUT PREJUDICE

Plaintiffs and defendant Boston Scientific Corp. ("BSC") jointly move the Court to dismiss BSC as a defendant in this action without prejudice and terminate BSC from the docket of the Court, each party to bear its own costs. This case has no active defendants so this case should be removed from the active docket.

Dated: May 1, 2019

Respectfully submitted,

MAY 07 2019

By: /s/ Jon A. Strongman
Jon A. Strongman – MO Bar #53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: jstrongman@shb.com

GRANTED and SO ORDERED

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

/s/ Marc D. Grossman
Marc D. Grossman
Randi Kassan
Sanders Viener Grossman
100 Herricks Road
Mineola, NY 11501
Telephone: 516.741.5252
Facsimile: 516.741.1243
Email: mgrossman@thesandersfirm.com
Email: rkassan@thesandersfirm.com

**COUNSEL FOR PLAINTIFF**